B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re Hammerberg-Miller, Susan Jean,   Case No. 13-39784
          Debtor

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 93.67    Check one ☑ With the filing of the petition, or
                    ☐ On or before 10/10/2013

$ 93.67    on or before 11/8/2013

$ 93.67    on or before 12/10/2013

$ _____   on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 10-16-13

*Bruce W. Black*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Susan Jean Hammerberg-Miller | ) | 13-39784 |
| | ) | |
| | ) | Judge Bruce W. Black |
| Debtor(s). | ) | |

CERTIFICATE OF MAILING

I, Shurray L. Winston, certify that on <u>October 17, 2013</u>, I caused to be served via First Class Mail the attached copy of an **Order on Debtor's Application to Pay Filing Fee in Installments** dated <u>October 16, 2013</u> to:

**Susan Jean Hammerberg-Miller**
14936 Sawgrass Lane
Homer Glen, IL 60491

Dated: 10/17/13

Shurray L. Winston
Courtroom Deputy to Judge Bruce W. Black